UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DREW KESSLER, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 5:22-cv-01648 |
| | : | |
| INTERSYSTEMS, INC., *et al.*, | : | |
| Defendants. | : | |

**O R D E R**

      **AND NOW**, this 10th day of August, 2022, upon consideration of the Court's Order dated July 28, 2022, which instructed Plaintiff to show cause on or before August 5, 2022 as to why the Complaint should not be dismissed against Intersystems, Inc. for failure to serve the summons and copy of the Complaint within ninety days of filing of the Complaint, Plaintiff's failure to respond to that Order, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT:**

      1.    Plaintiff's claims are **DISMISSED** as against Defendant **Intersystems, Inc., only.**

      2.    Defendant **Intersystems, Inc., only,** is **TERMINATED** as a party to this matter.

                                               BY THE COURT:

                                               */s/ Joseph F. Leeson, Jr.*
                                               JOSEPH F. LEESON, JR.
                                               United States District Judge