IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DREW KESSLER** | : CIVIL ACTION |
| | : |
| v. | : NO. 22-1648 |
| | : |
| **INTERSYSTEMS INTERNATIONAL, LLC, ABC CORPORATIONS 1-10** | : |
| | : |

# ORDER

AND NOW, this 3rd day of March 2023, it having been reported the above captioned matter is settled through Judge Carlos's efforts, it is **ORDERED**:

1. The action is **DISMISSED** with prejudice pursuant to Local Rule 41.1(b); and,

2. The Clerk of Court shall **close** this case.

*/s/ John F. Murphy*
**MURPHY, J.**